UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:24-CR-00121(5)-ADA |
| | § | |
| (5) MARCUS CLAYTON CATCHINGS | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 14, 2025, wherein the defendant (5) MARCUS CLAYTON CATCHINGS waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (5) MARCUS CLAYTON CATCHINGS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (5) MARCUS CLAYTON CATCHINGS's plea of guilty to Counts Two S (2s) and Three S (3s) is accepted.

Signed this 30th day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE